# United States District Court
## Southern District of Ohio at Columbus

UNITED STATES OF AMERICA

v.

**STEVEN JOE WILSON**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number:        **2:11-CR-31**

USM Number:

**JOSE VELEZ**
Defendant's Attorney

## THE DEFENDANT:

[✔]     admitted guilt to violation of condition(s) <u>SPECIAL CONDITIONS 1 & 4</u> of the term of supervision.

[ ]     was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition 1 | Defendant failed to participate in a drug or Alcohol treatment program | 04/06/11 |
| Special Condition 2 | Defendant failed to refrain from the use of alcohol and/or all other intoxicants. | 05/20/11 |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]     The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:**8626**

Defendant's Year of Birth:     **1963**

City and State of Defendant's Residence
In custody

January 11, 2012
Date of Imposition of Sentence

*s/George C. Smith*
Signature of Judicial Officer

**GEORGE C. SMITH**, United States Senior District Judge
Name & Title of Judicial Officer

January 11, 2012
Date

CASE NUMBER:        2:11-CR-31
DEFENDANT:          STEVEN JOE WILSON

# IMPRISONMENT

       The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  5 months.

[ ]      The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
          [ ] at ___ on ___.
          [ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
          [ ] before 2:00 p.m. on _____.
          [ ] as notified by the United States Marshal but no sooner than
          [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____


Defendant delivered on_____ to  _____


at _____ , with a certified copy of this judgment.


                       _____
                                 UNITED STATES MARSHAL


                     By  _____
                                    Deputy U.S.  Marshal